IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL ACADEMY OF ORAL MEDICINE & TOXICOLOGY, INC., *et al.*, <br><br> Plaintiffs, <br><br> -v.- <br><br> Food and Drug Administration, *et al.*, <br><br> Defendants. | C. A. No. 1:14-cv-00356-JEB |

### JOINT MOTION AND STIPULATION FOR A STAY

WHEREAS, Plaintiffs International Academy of Oral Medicine & Toxicology, Inc., Moms against Mercury, Inc., CoMed, Inc., Dams, Inc., Amy M. Carson, Rev. Lisa Sykes, Linda Brocato, Kristin Homme, Michael G. Burke, Hollis Hughes, Roger Waller, Kennard W. Wellons, David Barnes, Paula Kavanagh, Roberta Voss, Joy Chmielenski, Dorice A. Madronero, Eric Edney, Karen Palmer, and Karen Burns, filed this action on March 5, 2014;

WHEREAS, Plaintiffs' complaint alleges that Defendants unreasonably delayed in responding to a July 25, 2009, citizen petition; a September 2009 petition for reconsideration submitted by Dr. Richard Edlich; a September 2, 2009, petition for reconsideration; a September 3, 2009, petition for reconsideration; and a March 7, 2013, request to supplement the September 3, 2009 petition, in violation of the Administrative Procedure Act, 5 U.S.C. § 551, *et seq.*;

WHEREAS, Defendants intend to assert various defenses in this action, including a challenge to Plaintiffs' standing;

WHEREAS, Plaintiffs agree to dismiss with prejudice any claim that FDA is obligated to respond to a petition for reconsideration that they allege was submitted by Dr. Richard Edlich in September 2009;

WHEREAS, the parties have agreed that the September 3, 2009, petition for reconsideration will be resubmitted as a citizen petition in conformity with 21 C.F.R. § 10.30(b) on or before June 15, 2014;

WHEREAS, the parties have agreed that the March 7, 2013 request to supplement the September 3, 2009 petition for reconsideration will be resubmitted as a supplement to the new citizen petition on or before June 15, 2014;

WHEREAS, the parties have agreed that the September 2, 2009 petition for reconsideration will be resubmitted as a citizen petition in conformity with 21 C.F.R. § 10.30(b) on or before June 15, 2014;

WHEREAS, FDA intends to respond to each of these resubmitted petitions (as well as the July 25, 2009 petition) within six months of the later of the entry of a stay in this action or the resubmission of the foregoing petitions, so long as any new petitions do not include additional information in support of the relief requested (except for the information expressly required by 21 C.F.R. § 10.30(b));

WHEREAS, FDA agrees to review the resubmitted citizen petitions and advise Plaintiffs' counsel of any legal objections to the form of the citizen petitions within thirty days of their submission;

NOW, THEREFORE, the Parties stipulate to and move the Court to Order the following:

Plaintiffs dismiss with prejudice their claim with respect to the September 2009 petition for reconsideration that they allege was submitted by Dr. Richard Edlich.

The Court enter a stay in this case for six months following entry of its Order.

The parties shall file a status report no later than five months following entry of the Court's Order indicating whether a further stay may be necessary, and if so, whether they agree to a further stay.

Dated:  June 9, 2014                                              Respectfully submitted,


/s/ James S. Turner_____
JAMES S. TURNER
Swankin & Turner
1400 16th Street, N.W., Suite 101
Washington, D.C.  20036
(202) 462-8800



/s/ James M. Love     _____
James M. Love
Titus Hillis Reynolds Love
   Dickman & McCalmon
3700 First Place Tower
15 East Fifth Street
Tulsa, OK 74103
Phone: (918) 587-6800
Fax: (918) 587-6822
jlove@titushillis.com

*Counsel for Plaintiffs*

OF COUNSEL:

WILLIAM B. SCHULTZ
General Counsel

ELIZABETH DICKINSON
Chief Counsel
Food and Drug Division

ANNAMARIE KEMPIC
Deputy Chief Counsel, Litigation

LESLIE COHEN
Associate Chief Counsel
United States Department of
 Health and Human Services
Office of the General Counsel
Food and Drug Administration
10903 New Hampshire Ave.
WO Bldg. 31, Rm. 4568
Silver Spring, MD 20993
(301) 796-0551

STUART F. DELERY
Assistant Attorney General
Civil Division

MICHAEL BLUME
Director
Consumer Protection Branch

ANDREW E. CLARK
Assistant Director
Consumer Protection Branch

/s/ Lauren H. Bell _____
LAUREN H. BELL
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044
(202) 353-1991
lauren.hash.bell@usdoj.gov
*Counsel for Defendants*