IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL ACADEMY OF ORAL <br> MEDICINE & TOXICOLOGY, INC., *et al.*, <br><br> Plaintiffs, <br><br> -v.- <br><br> Food and Drug Administration, *et al.*, <br><br> Defendants. | C. A. No. 1:14-cv-00356-JEB |

### JOINT STATUS REPORT AND MOTION FOR EXTENSION OF STAY

On June 9, 2014, the parties submitted a Joint Motion and Stipulation for a Stay ("Stipulation"). The Stipulation provided, in part, that Plaintiffs would resubmit two petitions for reconsideration as citizen petitions and set forth FDA's intent to respond to these resubmitted petitions and a third citizen petition within six months of the later of the entry of a stay in this action or the resubmission of the foregoing petitions. The petitions were resubmitted on June 19, 2014. On June 9, 2014, this Court entered a Minute Order staying this action for six months, *i.e.*, until December 9, 2014. The Minute Order required the parties to file a status report five months following entry of the Order, *i.e.*, by November 9, 2014, indicating whether a further stay would be necessary and, if so, whether the parties agreed to a further stay.

FDA anticipates issuing its responses to the three citizen petitions on or before December 19, 2014, which is within the six-month period of the petition resubmissions contemplated by the Stipulation. Because the stay expires on December 9, 2014, the parties request that a further stay, to and including December 19, 2014, be entered to effectuate their stipulated agreement. At present, the parties do not anticipate that a further stay will be necessary.

Dated:  November 5, 2014                              Respectfully submitted,

  /s/ James S. Turner _____
JAMES S. TURNER
Swankin & Turner
1400 16th Street, N.W., Suite 101
Washington, D.C.  20036
(202) 462-8800

  /s/ James M. Love_____
James M. Love
Titus Hillis Reynolds Love
   Dickman & McCalmon
3700 First Place Tower
15 East Fifth Street
Tulsa, OK 74103
Phone: (918) 587-6800
Fax: (918) 587-6822
jlove@titushillis.com

*Counsel for Plaintiffs*

OF COUNSEL:

WILLIAM B. SCHULTZ
General Counsel

ELIZABETH DICKINSON
Chief Counsel
Food and Drug Division

ANNAMARIE KEMPIC
Deputy Chief Counsel, Litigation

LESLIE COHEN
Associate Chief Counsel
United States Department of
  Health and Human Services
Office of the General Counsel
Food and Drug Administration
10903 New Hampshire Ave.
WO Bldg. 32, Rm. 4301
Silver Spring, MD 20993
(301) 796-0551

JOYCE R. BRANDA
Acting Assistant Attorney General

JONATHAN F. OLIN
Deputy Assistant Attorney General

MICHAEL S. BLUME
Director
Consumer Protection Branch

  /s/ Andrew E. Clark_____
ANDREW E. CLARK
Assistant Director
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044
(202) 307-0067
andrew.clark@usdoj.gov
*Counsel for Defendants*