IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL ACADEMY OF ORAL MEDICINE & TOXICOLOGY, INC., *et al.*,<br><br>    Plaintiffs,<br><br>-v.-<br><br>Food and Drug Administration, *et al.*,<br><br>    Defendants. | C. A. No. 1:14-cv-00356-JEB |

JOINT MOTION FOR EXTENSION OF STAY

On June 9, 2014, the parties submitted a Joint Motion and Stipulation for a Stay ("Stipulation"). The Stipulation provided, in part, that Plaintiffs would resubmit two petitions for reconsideration as citizen petitions and set forth FDA's intent to respond to these resubmitted petitions and a third citizen petition within six months of the later of the entry of a stay in this action or the resubmission of the foregoing petitions. The petitions were resubmitted on June 19, 2014. On June 9, 2014, this Court entered a Minute Order staying this action until December 9, 2014. On November 5, 2014, upon joint motion of the parties, the Court extended the stay to and including December 19, 2014, to effectuate the parties' stipulated agreement.

The parties now move jointly for a further extension of the stay to and including January 27, 2015. FDA anticipates issuing its responses to the three citizen petitions on or before that date. At present, the parties do not anticipate that a further stay will be necessary.

| | |
|---|---|
| Dated: December 5, 2014 | Respectfully submitted, |

                                                         /s/ James S. Turner _____
JAMES S. TURNER
Swankin & Turner
1400 16th Street, N.W., Suite 101
Washington, D.C. 20036
(202) 462-8800

     /s/ James M. Love_____
James M. Love
Titus Hillis Reynolds Love
   Dickman & McCalmon
3700 First Place Tower
15 East Fifth Street
Tulsa, OK 74103
Phone: (918) 587-6800
Fax: (918) 587-6822
jlove@titushillis.com

*Counsel for Plaintiffs*

| | |
|---|---|
| OF COUNSEL: | JOYCE R. BRANDA<br>Acting Assistant Attorney General |
| WILLIAM B. SCHULTZ<br>General Counsel | JONATHAN F. OLIN<br>Deputy Assistant Attorney General |
| ELIZABETH DICKINSON<br>Chief Counsel<br>Food and Drug Division | MICHAEL S. BLUME<br>Director<br>Consumer Protection Branch |
| ANNAMARIE KEMPIC<br>Deputy Chief Counsel, Litigation |  /s/ Andrew E. Clark_____ |
| LESLIE COHEN<br>Associate Chief Counsel<br>United States Department of<br> Health and Human Services<br>Office of the General Counsel<br>Food and Drug Administration<br>10903 New Hampshire Ave.<br>WO Bldg. 32, Rm. 4301<br>Silver Spring, MD 20993<br>(301) 796-0551 | ANDREW E. CLARK<br>Assistant Director<br>Consumer Protection Branch<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, DC 20044<br>(202) 307-0067<br>andrew.clark@usdoj.gov<br>*Counsel for Defendants* |