IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL ACADEMY OF ORAL ) <br> MEDICINE & TOXICOLOGY, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> -v.- ) <br> ) <br> ) <br> Food and Drug Administration, *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | C. A. No. 1:14-cv-00356-JEB <br> [PROPOSED] ORDER |

Having reviewed the Plaintiffs' Motion to Supplement their Complaint, and for good cause shown, IT IS HEREBY ORDERED:

Plaintiffs' Motion should be, and hereby is, GRANTED.

ENTERED this \_\_\_ day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

James M. Love
Titus Hills Reynolds Love
Dickman & McCalmon, P.C.
3700 First Place Tower
15 East Fifth Street
Tulsa, Oklahoma 74103-4334
918-587-6800
E-mail: jlove@titushillis.com

1